# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT



Date: January 10, 2008

BEFORE:   Honorable RICHARD A. POSNER, Circuit Judge

          Honorable DIANE P. WOOD, Circuit Judge

          Honorable ANN CLAIRE WILLIAMS, Circuit Judge

No. 07-1266

UNITED STATES OF AMERICA,
          Plaintiff - Appellee

  v.

CHRISTOPHER B. MCILRATH,
          Defendant - Appellant



Appeal from the United States District Court for the
Eastern District of Wisconsin
No. 06 CR 182, J. P. Stadtmueller, Judge

The judgment of the District Court is AFFIRMED,
in accordance with the decision of this court entered on this date.

(1061-110393)